UNITED STATES OF AMERICA
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

FERNANDO ROBLES,

    Defendant.
_____/

No.    1:95CR14-01
Hon.  RICHARD ALAN ENSLEN

ORDER

The matter before the Court is the government's petition for remission of fine pursuant to 18 U.S.C. § 3573. The defendant has been released from incarceration and has been deported to Mexico. Any efforts to recover the balance of the $4,000.00 fine ordered by this Court on January 17, 1996, are not reasonably likely to succeed and any such efforts would needlessly expend public resources. Accordingly,

**IT IS HEREBY ORDERED** that the government's motion for remission of the fine, filed pursuant to 18 U.S.C. § 3573, is **GRANTED**.

**IT IS FURTHER ORDERED** that the balance of the $4,000.00 fine imposed against defendant Fernando Robles is hereby **REMITTED**.

Dated: February 1, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge
        Western District of Michigan